THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DDSSBOS LLC d/b/a DAV EL/BOSTON COACH, a Massachusetts limited liability company,<br><br>                Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>                Defendant. | Case No. 2:22-cv-00249 MJP<br><br>**STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANT THE BOEING COMPANY TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT BY 30 DAYS AND EXTENDING EARLY CASE DEADLINES** |

Pursuant to Local Civil Rules 7(j) and 10(g), Defendant The Boeing Company ("Boeing") and Plaintiff DDSSBOS LLC d/b/a Dav El/Boston Coach ("Dav El") hereby submit this stipulated motion to extend Boeing's time to move, plead, or otherwise respond to Dav El's Complaint by an additional 30 days to Wednesday May 11, 2022, and to extend any early case deadlines by a commensurate amount.

WHEREAS, pursuant to the Parties' prior stipulation and this Court's order, Boeing's current deadline to move, plead, or otherwise respond to the Complaint is April 11, 2022.

WHEREAS, good cause exists to extend any early case deadlines, including Boeing's deadline to answer or otherwise respond to Dav El's Complaint, by an additional 30 days because the parties are continuing to discuss a potential resolution of the litigation and the

STIPULATED MOTION AND ORDER TO EXTEND
TIME – 1

92442608.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1    requested extension may allow the parties to avoid the need to expend resources on filings that

2    would be unnecessary if the parties resolved this dispute.

3            WHEREAS, this stipulated motion is filed in good faith and not for the purposes of

4    delay, and will not alter any other dates or schedules previously set by this Court.

5            NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among

6    Boeing and Dav El, subject to the Court's approval, that the deadline for Boeing to move, plead,

7    or otherwise respond to Dav El's Complaint is extended by an additional 30 days to May 11,

8    2022, and any other early case deadlines should be extended by a commensurate amount.

9

10

11

12   DATED:  April 7, 2022                    s/ David A. Perez, WSBA No. 43959
                                              s/ Ian Rogers, WSBA No. 46584
13                                            **Perkins Coie LLP**
                                              1201 Third Avenue, Suite 4900
14                                            Seattle, WA  98101-3099
                                              Telephone:  206.359.8000
15                                            Facsimile:  206.359.9000
                                              E-mail:  Dperez@perkinscoie.com
16                                            E-mail:  Irogers@perkinscoie.com

17                                            Attorneys for Defendant The Boeing Company

18

19                                            s/ Gregory J. Hollon, WSBA No. 26311
                                              s/ Claire Martirosian, WSBA No. 49528
20                                            **McNaul Ebel Nawrot & Helgren PLLC**
                                              600 University Street, Suite 2700
21                                            Seattle, Washington 98101
                                              Telephone: (206) 467-1816
22                                            Facsimile:  (206) 624-5128
                                              E-mail:  ghollon@mcnaul.com
23                                            E-mail:  cmartirosian@mcnaul.com

24                                            Attorneys for Plaintiff DDSSBOS LLC d/b/a
                                              Dav El/Boston Coach
25

26

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND TIME – 2

92442608.1

1

## <u>ORDER</u>

2

**IT IS SO ORDERED**

3

Dated this 11th day of April, 2022

4

5

_____
Marsha J. Pechman
United States Senior District Judge

6

7

Presented by:

8

s/ David A. Perez, WSBA No. 43959
s/ Ian Rogers, WSBA No. 46584

9

**Perkins Coie LLP**

10

1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  Dperez@perkinscoie.com
E-mail:  Irogers@perkinscoie.com

11

12

13

Attorneys for Defendant The Boeing Company

14

15

s/ Gregory J. Hollon, WSBA No. 26311
s/ Claire Martirosian, WSBA No. 49528

16

**McNaul Ebel Nawrot & Helgren PLLC**

17

600 University Street, Suite 2700
Seattle, Washington 98101
Telephone: (206) 467-1816
Facsimile:  (206) 624-5128
E-mail:  ghollon@mcnaul.com
E-mail:  cmartirosian@mcnaul.com

18

19

20

Attorneys for Plaintiff DDSSBOS LLC d/b/a Dav El/Boston Coach

21

22

23

24

25

26

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND TIME – 3

92442608.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000