THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DDSSBOS LLC d/b/a DAV EL/BOSTON COACH, a Massachusetts limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No. 2:22-cv-00249<br><br>**STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANT THE BOEING COMPANY TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT BY 47 DAYS AND EXTENDING EARLY CASE DEADLINES** |

Pursuant to Local Civil Rules 7(j) and 10(g), Defendant The Boeing Company ("Boeing") and Plaintiff DDSSBOS LLC d/b/a Dav El/Boston Coach ("Dav El") hereby submit this stipulated motion to extend Boeing's time to move, plead, or otherwise respond to Dav El's Complaint by an additional 47 days to Monday June 27, 2022, and to extend any early case deadlines by a commensurate amount.

WHEREAS, pursuant to the Parties' prior stipulation and this Court's order, Boeing's current deadline to move, plead, or otherwise respond to the Complaint is May 11, 2022.

WHEREAS, good cause exists to extend any early case deadlines, including Boeing's deadline to answer or otherwise respond to Dav El's Complaint, by an additional 47 days because the parties are continuing to discuss a potential resolution of the litigation and the

STIPULATED MOTION AND ORDER TO EXTEND TIME – 1

92446940.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  requested extension may allow the parties to avoid the need to expend resources on filings that
2  would be unnecessary if the parties resolved this dispute.
3         WHEREAS, this stipulated motion is filed in good faith and not for the purposes of
4  delay, and will not alter any other dates or schedules previously set by this Court.
5         NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among
6  Boeing and Dav El, subject to the Court's approval, that the deadline for Boeing to move, plead,
7  or otherwise respond to Dav El's Complaint is extended by an additional 47 days to June 27,
8  2022, and any other early case deadlines should be extended by a commensurate amount.

10  DATED: May 4, 2022

s/ David A. Perez, WSBA No. 43959
s/ Ian Rogers, WSBA No. 46584
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:   206.359.9000
E-mail:  Dperez@perkinscoie.com
E-mail:  Irogers@perkinscoie.com

Attorneys for Defendant The Boeing Company

s/ Gregory J. Hollon, WSBA No. 26311
s/ Claire Martirosian, WSBA No. 49528
**McNaul Ebel Nawrot & Helgren PLLC**
600 University Street, Suite 2700
Seattle, Washington 98101
Telephone: (206) 467-1816
Facsimile: (206) 624-5128
E-mail:  ghollon@mcnaul.com
E-mail:  cmartirosian@mcnaul.com

Attorneys for Plaintiff DDSSBOS LLC d/b/a Dav El/Boston Coach

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND TIME – 2

92446940.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## ORDER

Boeing's deadline to move, plead, or otherwise respond to Dav El's Complaint is extended by an additional 47 days to June 27, 2022. No further extensions of this deadlines shall be given absent a thorough demonstration of good cause.

**IT IS SO ORDERED**

Dated this day of May 4, 2022

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David A. Perez, WSBA No. 43959
s/ Ian Rogers, WSBA No. 46584
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:   206.359.9000
E-mail:  Dperez@perkinscoie.com
E-mail:  Irogers@perkinscoie.com

Attorneys for Defendant The Boeing Company

s/ Gregory J. Hollon, WSBA No. 26311
s/ Claire Martirosian, WSBA No. 49528
**McNaul Ebel Nawrot & Helgren PLLC**
600 University Street, Suite 2700
Seattle, Washington 98101
Telephone: (206) 467-1816
Facsimile:  (206) 624-5128
E-mail:  ghollon@mcnaul.com
E-mail:  cmartirosian@mcnaul.com

Attorneys for Plaintiff DDSSBOS LLC d/b/a Dav El/Boston Coach

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND TIME – 3

92446940.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000