UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DDSSBOS LLC d/b/a DAV EL/BOSTON COACH, a Massachusetts limited liability company,<br><br>     Plaintiff,<br><br>  v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>     Defendant. | CASE NO. 2:22-cv-00249 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND THE TIME FOR DEFENDANT TO ANSWER |

  This comes before the Court on the Parties' Stipulate Motion to Extend the Time for Defendant Boeing to Answer Plaintiff's Complaint. Dkt. No. 16. The Court has reviewed the Motion, the Docket and all relevant documents. The Court HEREBY GRANTS the Parties' Stipulated Motion. Defendant's time to answer or otherwise respond to Plaintiff's Complaint is extended by an additional 45 days to August 11, 2022.

//

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated June 27, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge