1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
9                         AT SEATTLE

10    DDSSBOS LLC,                          CASE NO. 22-249 MJP

11                    Plaintiff,            ORDER ON STIPULATED
                                            MOTION TO REMOVE AND
12        v.                                REPLACE

13    The Boeing Company,

14                    Defendant.

15

16      This matter comes before the Court on the Parties' Stipulated Motion to Remove and

17   Replace docket entry 23-1. (Dkt. No. 25). In searching for an alternative to sealing docket entry

18   23-1 pursuant to local rule 5(g)(1), the Parties ask the Court to withdraw the document and

19   replace it with Exhibit A attached to their Motion (Dkt. No. 25-1). The Court appreciates the

20   Parties' attempt to find an alternative to sealing the docket entry, but finds it appropriate in this

21   case.

22
23
24

ORDER ON STIPULATED MOTION TO REMOVE AND REPLACE - 1

Case 2:22-cv-00249-MJP   Document 27   Filed 09/15/22   Page 2 of 2

Therefore the Court ORDERS the Clerk to maintain Exhibit A to the Declaration of Gregory J. Hollon (Dkt. No. 23-1), under seal. The redacted version to Exhibit A is found at Exhibit A to the Stipulated Motion to Remove and Replace (Dkt. No. 25-1).

The clerk is ordered to provide copies of this order to all counsel.

Dated September 15, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER ON STIPULATED MOTION TO REMOVE AND REPLACE - 2