UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DDSSBOS LLC d/b/a DAV EL/BOSTON COACH, a Massachusetts limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>Defendant. | CASE NO. 2:22-cv-249<br><br>ORDER GRANTING THE PARTIES' MOTION TO STAY |

This matter is before the Court on the Parties' Stipulated Motion to Stay (Dkt. No. 32). The basis for the request is related to a separate lawsuit currently pending in Washington State Superior Court. The Parties request the Court stay the action until entry of a final judgment or order of dismissal in the separate lawsuit. Having reviewed the Motion, the docket and all related material, the Court GRANTS the stay.

NOW, THEREFORE, the Court:

1   (1) Stays this action until 10 days after the entry of a final judgment or order of dismissal
2       in the TransWest Lawsuit, or good cause is shown by either Party to lift the stay;
3   (2) Strikes the current case schedule and deadlines, to be reset after entry of a final
4       judgment or order of dismissal in the TransWest Lawsuit, or upon a motion by either
5       Party showing good cause to lift the stay.
6   (3) Orders the Parties to submit a status report regarding the case every 90 days,
7       beginning with the entry of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 25, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING THE PARTIES' MOTION TO STAY - 2